IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

    Petitioner,                   No. CIV S-06-2898 GEB GGH P

    vs.

JAMES YATES, et al.,

    Respondents.               ORDER

_____/

    Pursuant to this motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Fay Arfa shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED:  2/15/07

                                                     /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

san2898.sub