IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

        Petitioner,              No. CIV S-06-2898 GEB GGH P

    vs.

JAMES YATES, et al.,

        Respondent.        ORDER

_____/

        Good cause appearing, IT IS HEREBY ORDERED that the parties are granted sixty days from the date of this order to file a joint scheduling statement.

DATED: 3/7/07

                         /s/ Gregory G. Hollows

                     _____
                     UNITED STATES MAGISTRATE JUDGE

san2898.eot