1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL FLORENCE SANCHEZ,

11          Petitioner,              No. CIV S-06-2898 GEB GGH P

12      vs.

13   JAMES YATES, et al.,

14          Respondents.            <u>ORDER</u>

15   _____/

16          On April 17, 2007, the parties filed a joint scheduling statement.  Good cause

17   appearing, IT IS HEREBY ORDERED that:

18          1.  On or before July 18, 2007, petitioner shall file an amended petition; if the

19   amended petition contains unexhausted claims, petitioner shall identify those claims and file a

20   motion to hold this action in abeyance pending further exhaustion at that time;

21          2.  Respondent's response to the amended petition is due within thirty days

22   thereafter; petitioner may file a reply within thirty days thereafter.

23   DATED:  4/30/07

24                                /s/ Gregory G. Hollows

25                                _____
                                  UNITED STATES MAGISTRATE JUDGE
26   san2898.sch

1