IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

    Petitioner,                                    No. CIV S-06-2898 ALA HC

    vs.

JAMES YATES, WARDEN

    Respondent.                                   <u>ORDER</u>

_____/

       Petitioner Manual Florence Sanchez, through counsel, has requested a 90-day enlargement of time to file an Amended Petition because counsel for the Petitioner needs time to recover after having fractured her arm and because counsel for the Petitioner will be out of the country from August 15, 2007 until September 15, 2007.

       Rule 6(b) of Federal Rules of Civil Procedure provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order."  Petitioner has demonstrated good cause.

1  /////

2  Accordingly, IT IS HEREBY ORDERED that:

3  Petitioner's Amended Petition shall be filed no later than October 18, 2007.

4  DATED: August 6, 2007

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation