IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

    Petitioner,                                  No. CIV S-06-2898 ALA HC

    vs.

JAMES YATES, WARDEN,

    Respondent.                         <u>ORDER</u>

_____/

        Petitioner Manual Florence Sanchez, through counsel, has requested a 90-day enlargement of time to file an amended petition because counsel is suffering from a large backlog of cases due to an injury, a honeymoon and a heavy case load. Respondent does not oppose Petitioner's request.

        Rule 6(b) of Federal Rules of Civil Procedure provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order." Petitioner has demonstrated good cause.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that Petitioner's amended petition be filed
2  within ninety-one (91) days of the date of this order.
3  /////
4  DATED: October 23, 2007

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation