IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

    Petitioner,                                  No. CIV S-06-2898 ALA HC

    vs.

JAMES YATES, WARDEN,

    Respondent.                                 <u>ORDER</u>

                                /

       Petitioner Manuel Sanchez, through counsel, has requested a second enlargement of time to file an amended petition due to an illness in the family. Respondent does not oppose Petitioner's request.

       Rule 6(b) of Federal Rules of Civil Procedure provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order." Petitioner has demonstrated good cause.

       Accordingly, IT IS HEREBY ORDERED that Petitioner's amended petition be filed within sixty-three (63) days of the date of this order.

DATED: January 23, 2008

                                                  /s/ Arthur Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation