IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

                Petitioner,                          No. CIV S-06-2898 GEB GGH P

        vs.

JAMES YATES,

                Respondents.                         ORDER

_____/

                IT IS HEREBY ORDERED that petitioner's March 24, 2008, request for

extension of time to file an amended petition is granted; the petition is due on or before May 24,

2008; no further extensions of time will be granted.

DATED: 05/02/08

                                             /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

sanchez.eot

1