IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

    Petitioner,                      No. CIV S-06-2898 GEB GGH P

    vs.

JAMES YATES, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 18, 2008, petitioner himself filed a letter with the court stating that he has not spoken with his attorney since she was assigned to represent him in March 2007. Petitioner states that on May 23, 2008, his counsel filed an amended petition which he was not allowed to review prior to its filing.

        Because petitioner is represented by counsel, he may contact the court only through counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 18, 2008, letter is disregarded;

/////

2. The Clerk of the Court shall serve petitioner's counsel with a copy of the June 18, 2008, letter discussing his counsel's alleged failure to adequately communicate with him;

3. The Clerk of the Court shall serve this order on petitioner: Manuel F. Sanchez, V10417, P.O. Box 8504, Pleasant Valley State Prison, Coalinga, CA, 93210.

DATED: 06/30/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

san2898.ord