IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUAL FLORENCE SANCHEZ,

    Petitioner,               2:06-cv-2898-GEB-GGH-P

    vs.

JAMES A. YATES, et al.,

    Respondents.          <u>ORDER</u>

                           /

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 2, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.[1]

---

[1] Petitioner himself has also filed objections in addition to those filed by his counsel. Because petitioner is represented by counsel, the court will only consider the objections filed by counsel.

1

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5         Accordingly, IT IS HEREBY ORDERED that:
6         1. The findings and recommendations filed October 2, 2008, are adopted in full;
7 and
8         2. Respondent's June 17, 2008, motion to dismiss (#32) is granted.
9 Dated: November 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2