IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL FLORENCE SANCHEZ,

    Petitioner,                      No. CIV S-06-2898 GEB GGH P

    vs.

JAMES A. YATES, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus.  This action is now on appeal to the Ninth Circuit Court of Appeals.  On December 10, 2008, and December 11, 2008, petitioner filed a request for a certificate of appealability, a motion for appointment of counsel and a request for leave to proceed in forma pauperis on appeal.

        Because petitioner is still represented by counsel who has apparently not yet been relieved by the Ninth Circuit, petitioner's requests are disregarded.  Petitioner's requests should be directed to the Ninth Circuit.[1]

\\\\\

---

[1] On December 9, 2008, the court issued a certificate of appealability.

1

1      Accordingly, IT IS HEREBY ORDERED that petitioner's December 10, 2008,
2 requests for a certificate of appealability and motion for substitution of counsel (nos. 53, 55) and
3 his December 11, 2008, motion to proceed in forma pauperis (no. 54) are disregarded.
4 DATED: December 17, 2008

                                          /s/ Gregory G. Hollows
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

9 san2898.ord